# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TOSCAR J. SMITH                                                                                          PLAINTIFF

v.                                              NO. 3:07CV00009 JLH

EDDIE CAMBELL                                                                                         DEFENDANT

## ORDER

    The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

    IT IS THEREFORE ORDERED THAT Defendant's motion to dismiss (docket entry #27) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

    DATED this 19th day of February, 2008.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE