### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

TOSCAR J. SMITH                                                         PLAINTIFF

v.                                      NO. 3:07CV00009 JLH

EDDIE CAMBELL                                                DEFENDANT

### **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 19th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE